( CERTIFIED COMPLAINT )

JUL 25 2025 AM 11:48
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALLAS LUIS SANCHEZ
12784 137TH LANE
LARGO, FLORIDA 33774

_____
Plaintiff(s)

v.

Case No. 8:25-CV-1958-SDM-SPF

PINELLAS COUNTY, FLORIDA
_____
_____
_____

Defendant(s)

MOTION TO RENDER CASE 25-CA-005650
(Title of Document)

TO BE DEEMED IN TRUE CONFLICT
FOR WHICH IT STAND(S) AS PLAINTIFF
HAS BEEN PREVIOUSLY REPRESENTED
AND/OR PROSECUTED BY IT(S) AFFLIATES.

WITH THIS MOTION PLEASE GRANT
PLAINTIFF LIVING BENEFITS AS
SAID CONFLICT(S) STILL DO EXIST(S).
PLAINTIFF WILL REMAIN LIVING AT
12784 137TH LANE LARGO FLORIDA 33774.
AWAITING COURT DISCRETION.

RESPECTFULLY SUBMITTED,
-DS-